| Date | Pleading Number | |
|---|---|---|
| 1/22/76 | 1 | MOTION, BRIEF, CERT. OF SERVICE -- DEFENDANTS FEDERATED COMMUNICATIONS CORP.: THE NATIONAL SUGAR REFINING CO., INC.,: OIL RESOURCES, INC.: AIRPORT SERVICES, INC.: DONALD E. LIEDERMAN: NATHAN BILGER: BETTY CORBIN: J. L. SCHIFFMAN & CO., INC. SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK |
| 1/30/76 | | HEARING ORDER -- Setting A-1 and A-2 FOR HEARING -- San Diego California, February 27, 1976 |
| 1/29/76 | | REQUEST FOR EXTENSION -- PLTF. LEMMELIN -- DENIED |
| 2/2/76 | | APPEARANCES -- M. P. Binstein, pro se for pltf. Binstein R. J. Sarapas for pltfs. Christine B. Lemmelin, et al. M. F. Pritzker for def. Irwin R. Buchalter J. W. B. Benkard for def. Ernst & Ernst T. F. Heffernon for def. Nelson Carpentier J. Y. Chu for City Nat'l bank & Alex Kyman R. G. McGahren for def. Donald Bezahler K. R. Schild for Def. Robert Green & Co., Inc. |
| XXXXXX | | G. T. Finnegan for def. Harris, Upham & Co., Inc. |
| 2/4/76 | 2 | RESPONSE -- CHRISTINE B. LEMMELIN w/cert. of service |
| 2/4/76 | 3 | RESPONSE -- MARK P. BINSTEIN w/cert. of service |
| 2/5/76 | | APPARANCE -- CHARLES B. SWARTWOOD, III for FRANK A. OFTRING AND OFTRING & CO., INC. |
| 2/9/76 | 4 | RESPONSE -- HARRIS, UPHAN & CO., INC. w/cert. of service |
| 2/9/76 | 5 | RESPONSE -- JOINDER IN MOTION -- ROBERT GREEN & CO., INC. w/cert. of ser. |
| 2/9/76 | 6 | RESPONSE -- JOINTER IN MOTION -- ERNST & ERNST w/cert. of service |
| 2/12/76 | 7 | RESPONSE -- DONALD J. BEZAHLER w/cert. of service |
| 2/17/76 | 8 | RESPONSE -- FRANK A. OFTRING AND OFTRING & CO., INC. |
| 2/17/76 | 9 | RESPONSE -- NELSON CARPENTIER w/cert. of service |
| 2/18/76 | 10 | RESPONSE -- REPLY -- FEDERATED COMMUNICATIONS CORP. |
| 2/23/76 | | WAIVER OF ORAL ARGUMENT (2/27/76 HEARING) ERNST & ERNST |
| 2/26/76 | | WAIVER OF ORAL ARGUMENT -- HARRIS UPHAM & CO. (2/27/76 Hearing) |
| 6/9/76 | | CONSENT OF TRANSFEREE COURT -- for Judge Lee P. Gagliardi to handle litigation in S.D.N.Y. under 28 U.S.C. §1407 |
| 6/9/76 | | OPINION & ORDER -- Transfering one action from the D. Mass and consolidated it with one action pending in S.D.N.Y. and assigning litigation to Judge Lee P. Gagliardi pursuant to 28 U.S.C. §1407 |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 246 -- In re Haven Industries, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/13/78 | | A-2 Christine Lemmelin, et al. v. Haven Industries, Inc., et al., ~~D.Mass., C.A. No. 75-3419~~ S.D.N.Y., #76 Civ 2626 (D.Mass. 75-3419-M) |
| | | CONDITIONAL REMAND ORDER FILED TODAY.  Notified counsel & Judges.  (emh) |
| 12/29/78 | | CONDITIONAL REMAND ORDER EFFECTIVE TODAY (A-2) Lemmelin, et al. v. Haven, et al., S.D.N.Y., 76-2626 Notified transferee clerk, judge, transferor clerk    (rew) |

June 9, 1976, Opinion and Order 415 F. Supp. 324

DOCKET NO. 246 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MDL DOCKET NO. 246 -- IN RE HAVEN INDUSTRIES, INC. SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) **2/27/76**

Date(s) of Opinion(s) or Order(s) **6/9/76**

Consolidation Ordered **XX**     Name of Transferee Judge **LEE P. GAGLIARDI**
Consolidation Denied ___         Transferee District **SOUTHERN DISTRICT OF NEW YORK**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mark P. Binstein v. Haven Industries, Inc., et al. | S.D.N.Y. Gagliardi | 74 Civ. 4792 | | | 2/14/80 D | |
| A-2 | Christine Lemmelin, et al. v. Haven Industries, Inc., et al. | D. Mass. Murray | 75-3419-M | 6/9/76 | 76 Civ 2626 | 12/29/78 CLD | |
| B | ~~Strigg & Co., Inc., et al. v. Mark P. Binstein, et al.~~ *Vacated (Remanded to State Court)* | ~~D. Mass.~~ ~~ring~~ | ~~75-3703-M~~ | | | | |

Verified July 1977
July 1978 CK
July 1979 - 1 TR / 1 XV 2 / 1 Rem / 1 Pdg
July 1980 Same
July 1981 - Closed

p. 1

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 246 --   IN RE HAVEN INDUSTRIES, INC. SECURITIES LITIGATION

---

MARK P. BINSTEIN  (A-1)
Mr. Park P. Binstein
Attorney Pro Se
797 Amaryllis Avenue
Oradell, New Jersey  07649

CHRISTINE B. LEMMELIN, ET AL. (A-2)
Robert Martin, Esquire
Sarapas, Madaus, Price & Arakelian
39 Highland Street
Worcester, Massachusetts 01608

NATIONAL SUGAR REFINING CO.
FEDERATED COMMUNICATIONS CORP. (previously Haven Industries)
J. L. SCHIFFMAN & CO., INC.
BETTY CORBIN
AIRPORT SERVICES, INC.
OIL RESOURCES, INC.
DONALD E. LIEDERMAN
Jeffrey I. Klein, Esquire
Goldstein, Shames, Hyde Wirth
Bezahler & Cahill
695 Madison Avenue
New York, New York  10021

OFTRING & CO., INC.
FRANK A. OFTRING
Charles B. Swartwood, III, Esquire
Mountain, Dearborn & Whiting
370 Main Street
Worcester, Massachusetts 01608

IRWIN BUCHALTER
Lawrence M. Levy, Esquire
Brown, Rudnick, Freed & Gesmer
85 Devonshire Street
Boston, Massachusetts 02109

ERNST & ERNST
Dale L. Matschullat, Esquire
Davis, Polk & Wardwell
1 Chase Manhattan Plaza
New York, New York  10005

PAUL GERSTNER
Stern, Safran and Gerstner
150 Broadway
New York, New York  10038

BROWN LIMOUSINE SERVICE
LEONARD BERGER
WAGNER, McNIFF & DiMAIO
Arthur Wagner, Esquire
Wagner, McNiff & DiMaio
600 Madison Avenue
New York, New York  10022

NELSON CARPENTIER
Thomas F. Heffernon, Esquire
Salon, Silver, McCabe & Sidel
One State Street
Boston, Massachusetts 02109

CITY NATIONAL BANK
ALEX KYMAN
John Y. Chu, Esquire
400 N. Roxbury Dr., Suite 400
Beverly Hills, California   90210

RICHARD WERDESHEIM
Fred G. Glantz, Esquire
Glantz & Glantz
15250 Ventura Blvd., Suite 800
Sherman Oaks, California   91403

DONALD J. BEZAHLER
Richard G. McGahren, Esquire
D'Amato, Costello & Shea
116 John Street
New York, New York  10038

ROBERT GREEN & CO., INC.
Louise Wheeler; Esquire
Irell & Manella
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067

HARRIS, UPHAM & CO. INC.
George T. Finnegan, Esquire
Ropes & Gray
225 Franklin Street
Boston, Massachusetts 02110

MARK P. BINSTEIN, ET AL. (B-1)
Richard J. Sarapas, Esquire
Corbin, Sarapas, Madaus
   & Arakelian
39 Highland St.
Worcester, Mass   01608

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 246 -- IN RE HAVEN INDUSTRIES, INC. SECURITIES LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| HAVEN INDUSTRIES, INC. ✓ Federated Conar. Inc. | A-1    A-2 |
| DONALD E. LIEDERMAN ✓ | A-1    A-2 |
| AIRPORT SERVICES, INC. ✓ | A-1    A-2 |
| INTERNATIONAL SPORTS, INC. | A-1 |
| THE NATIONAL SUGAR REFINING CO. ✓ | A-1    A-2 |
| DONALD J. BEZAHLER ✓ | A-1    A-2 |
| NATHAN BILGER ✓ | A-1    A-2 |
| BETTY CORBIN ✓ | A-1    A-2 |
| MIRIAM GERTZ | A-1    A-2 |
| RECREATIONAL VEHICLES INC. | A-1    A-2 |

| Name | | |
|---|---|---|
| BROWNS LIMOUSINE SERVICE, INC. ✓ | A-1 | A-2 |
| WAGNER, KAUFMAN & DIMAIO ✓ | A-1 | A-2 |
| ESTATE OF ALVIN SCHWARTZ | A-1 | A-2 |
| LEONARD BERGER ✓ | A-1 | A-2 |
| PAUL GERSTNER ✓ | A-1 | A-2 |
| OIL RESOURCES, INC. ✓ | A-1 | A-2 |
| IRWIN BUCHALTER ✓ | A-1 | A-2 |
| MEDIA CREATIONS, INC. | A-1 | A-2 |
| N.C. INDUSTRIES, INC. | A-1 | |
| THE NEW AMERICA FUND | A-1 | A-2 |
| DONALD REIFLER | A-1 | A-2 |

JP Form 3

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 246 -- IN RE HAVEN INDUSTRIES, INC. SECURITIES LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ROBERT GREEN AND CO., INC. ✓ | A-1  A-2 |
| J. L. SHIFFMAN AND CO., INC. ✓ | A-1  A-2 |
| NIEL ROSENSTEIN | A-1  A-2 |
| CITY NATIONAL BANK OF LOS ANGELES ✓ | A-1  A-2 |
| ALEX KYMAN ✓ | A-1 |
| B.J. LERNER & CO., INC. | A-1  A-2 |
| STEVE GUERTZ | A-1  A-2 |
| OFTRING AND CO., INC. ✓ | A-1  A-2 |
| ERNST AND ERNST ✓ | A-1  A-2 |
| FEDERATED COMMUNICATIONS INC. ✓ | A-2 |


| | |
|---|---|
| HARRIS UPHAM CO., INC. ✓ | A-2 |
| RICHARD WERDESHEIM ✓ | A-2 |
| ALEX KYMAN ✓ | A-2 |
| FRANK A. OFTRING ✓ | A-2 |
| NELSON CARPENTIER ✓ | A-2 |